MATTHEW J. HAFEY (SBN: 167122)
mhafey@nicolaidesllp.com
YEVGENIA ALTMAN (SBN: 259883)
yaltman@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017
Telephone: (213) 402-1245
Facsimile: (213) 402-1246

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNCREST HEALTH SERVICES, LLC, a Utah Limited Liability Company; SUNCREST HOSPICE SACRAMENTO LLC; and SUNCREST HOME HEALTH & HOSPICE; WILLIAM M. GARRETT, IV, individually and as Executor of the Estate of Kathleen L. Garrett-Yopp,<br><br>Defendants. | Case No. 2:25-cv-02291-JAM-AC<br><br>**STIPULATION AND ORDER TO DISMISS WILLIAM M. GARRETT, IV WITHOUT PREJUDICE**<br><br>**<u>Accompanying Documents:</u>** |

Pursuant to Fed.R.Civ.P. 41(a)(2), plaintiff Kinsale Insurance Company ("Kinsale") and defendant William M. Garrett, individually and as Executor of the Estate of Kathleen L. Garrett-Yopp ("Garrett"), by and through their respective counsel, hereby stipulate and agree that the Complaint may be dismissed as to Garrett only, without prejudice. Kinsale and Garrett each agree to bear their own attorney's fees and costs.

/ / /

/ / /

Dated: November 6, 2026

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: ______________________________
Matthew J. Hafey
Yevgenia Altman
Attorneys for Plaintiff KINSALE INSURANCE COMPANY

Dated: November 2, 2026

FOX LAW, APC

/s/ Brett Norris (as authorized 11/02/2026)

By: ______________________________
Brett Norris
Chris Hendricks
Attorneys for Defendant WILLIAM M. GARRETT, IV, individually and as Executor of the Estate of Kathleen L. Garrett-Yopp

## ATTESTATION OF AUTHORITY TO FILE

Pursuant to LR 131(e), the undersigned hereby attests that on November 2, 2026 Brett Norris, counsel for William M. Garrett, IV, authorized the filing of this stipulation and [proposed] order.

DATED: November 6, 2026

MATTHEW J. HAFEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNCREST HEALTH SERVICES, LLC, a Utah Limited Liability Company; SUNCREST HOSPICE SACRAMENTO LLC; and SUNCREST HOME HEALTH & HOSPICE; WILLIAM M. GARRETT, IV, individually and as Executor of the Estate of Kathleen L. Garrett-Yopp,<br><br>Defendants. | Case No. 2:25-cv-02291-JAM-AC<br><br>**ORDER DISMISSING WILLIAM M. GARRETT, IV WITHOUT PREJUDICE** |

Having considered the stipulation of counsel and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Complaint is hereby **DISMISSED** solely as to defendant **William M. Garrett, IV**, individually and as Executor of the Estate of Kathleen L. Garrett-Yopp (“Garrett”).

/ / /

/ / /

Pursuant to Pursuant to Fed.R.Civ.P. 41(a)(2), the dismissal is **WITHOUT PREJUDICE**, with plaintiff Kinsale Insurance Company ("Kinsale") and Garrett each to bear their own attorney's fees and costs.

Dated: November 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE